UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James E. Wright, Jr.           :
416 Tohickon Avenue            :
Quakertown, PA  18951          :       2011- CV- 4241
                    Plaintiff  :
Vs.                            :
Target National Bank           :
3901 West 53rd Street          :
Sioux Falls, SD  57106         :       Jury Trial Demanded
and                            :
John Does 1-10                 :
and                            :
X,Y,Z Corporations             :
                 Defendant(s)  :

## PLAINTIFF'S FIRST AMENDED COMPLAINT

1.    This is an action brought by a consumer for Defendant(s) alleged violations of the

Fair Credit Reporting Act (FCRA), 15 USC 1681 et. Seq.

2.    Plaintiff is JAMES E. WRIGHT, JR., an adult individual whose principle residence is

located at 416 TOHICKON AVENUE, QUAKERTOWN, PA  18951.

3.    Defendants are the following.

a.    Target National Bank, with a principal place of business, and which may be served at 3901 West

53rd Street, Sioux Falls, SD  57106.

b.    John Does 1-10, individuals or business entities whose identities are not known to Plaintiff at this

time, but which will become known upon proper discovery.  It is believed and averred that such

Does played a substantial role in the commission of the acts described in this complaint.

c.    X,Y,Z Corporations, business identities whose identities are not known to Plaintiff at this time, but

which will become known upon proper discovery.  It is believed and averred that such entities

played a substantial role in the commission of the acts described in this complaint.

## JURISDICTION AND VENUE

4.    The previous paragraphs of this complaint are incorporated by reference and All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint

5.    Defendant(s) regularly transact(s) business throughout the Commonwealth of Pennsylvania, and in this jurisdiction.

6.    Defendant obtains the benefit(s) of regularly transacting business in this jurisdiction.

7.    A substantial portion of the conduct complained of occurred in this jurisdiction.

8.    Defendant's principal place of business is located in this jurisdiction.

9.    This Court has federal question jurisdiction pursuant to 28 USC 1331, 15 USC 1692, et. seq. and 15 USC 1681 et.seq.

10.    Jurisdiction for this action is asserted pursuant to 28 U.S.C. §1334-1337.

11.    Venue lies in this District pursuant to 28 U.S.C. §1392(b).

12.    Declaratory relief is available pursuant to 28 U.S.C 2201 and 2202.

**COUNT ONE: VIOLATION OF THE FAIR CREDIT REPORTING ACT,**
**15 USC 1681 s-2 et seq.; Specifically 15 USC 1681 s-2 (b) et. seq.**

13.   The previous paragraphs of this complaint are incorporated by reference and made a
part hereof.

14.   Plaintiff is a "consumer," as codified at 15 U.S.C. § 1681a(c).

15.   Defendant is an entity who, regularly and in the course of business, furnishes
information to one or more credit reporting agencies about Defendants(s) transactions
or experiences with any consumer and Defendant is a "furnisher," as codified at 15
U.S.C. § 1681s-2.

16.   Defendant furnished certain derogatory information about Plaintiff's consumer
account to one or more of the relevant credit reporting agencies as defined by FCRA.

17.   Plaintiff disputed the alleged account(s) in writing with Defendant(s) in writing for a
number of meritorious reasons.  Plaintiff's dispute called into question issues
including but not limited to the following.
   a.   The amount of the alleged balance for the account.
   b.   Interest.
   c.   Finance charges
   d.   Other fees
   e.   The existence or non-existence of a contract which justified the balance
        interest, finance charges and other fees.

18.   Plaintiff's disputes with Defendant were in writing.  See attached exhibits.

19. Plaintiff did not dispute the existence of the account, nor did Plaintiff dispute that Plaintiff was the person to whom such account belonged.  But rather, Plaintiff disputed the amount of the balance, interest, finance charges and other fees.  See attached exhibits.

20. Plaintiff's disputes with Defendant were bona fide legitimate disputes.

21. Defendant(s) received Plaintiff's disputes concerning the alleged account(s).  See attached exhibits.

22. Defendant(s) chose to disregard Plaintiff's disputes, and allowed the information pertaining to the disputed account to remain virtually the same on Plaintiff's credit report.

23. Plaintiff then disputed the alleged account(s) in writing with relevant credit bureaus. See attached exhibits.

24. One or more of the relevant credit reporting agency(ies) then conducted an investigation where Defendant was contacted.  See attached exhibits.

25. Defendant verified the alleged account(s) with one or more of the credit reporting agency(ies).  See attached exhibits.

26.     At the time that Defendant(s) verified the alleged account(s) with the credit reporting agency(ies), Defendant failed to state that the account(s) had been previously disputed by Plaintiff.  See attached exhibits.

27.     The Pursuant to 15 USC 1861 s-2, Defendant(s) had a duty to notify the relevant credit reporting agency(ies) of Plaintiff's prior dispute of the account(s).

28.     The Pursuant to 15 USC 1861 s-2, at the time that Defendant(s) verified the information to the credit reporting agency(ies), Defendant(s) had a duty to report to the credit reporting agency(ies) that the account(s) in question had been previously disputed by Plaintiff.

29.     At the time that Defendant(s) verified the information to the credit reporting agency(ies), Defendant failed to inform the relevant credit reporting agency(ies) that the account had been disputed by Plaintiff.

30.     Defendant failed to fulfill it's duties prescribed by 15 USC 1681 s-2 to inform the credit reporting agency(ies) that Plaintiff had previously disputed the account(s).  See attached exhibits.

31.     Defendant(s) deprived Plaintiff of Plaintiff's right to have the disputed status of the account(s) included on Plaintiff's credit report.

32.    Defendant(s) failure to notify the relevant credit reporting agency(ies) of Plaintiff's legitimate, bona fide and meritorious disputes was misleading in such a way that such failure can be expected to influence any potential creditor or employer who would happen to review Plaintiff's credit report.  See <u>Saunders v. Branch Banking and Trust Company of Virginia</u>, 526 F 3d 142, 151 (4th Cir. 2008).

33.    Defendant(s) failure to notify the relevant credit reporting agency(ies) of Plaintiff's disputes fosters a presumption of validity to potential creditors or employers.

34.    The inclusion of the fact that the account(s) had previously been disputed by Plaintiff would likely help to negate such a presumption.

35.    Any potential creditor or may well be curious as to why Plaintiff did not pay on the account.  A potential creditor or employer may be influenced to learn that the non-paid account was in dispute, thereby possibly warranting Plaintiff's non-payment of the account.

36.    Defendant(s) failure to notify the relevant credit reporting agency(ies) of Plaintiff's Legitimate, meritorious and bona fide dispute(s) is misleading in such a way that such failure can be expected to have an adverse affect.  See Saunders v. Branch Banking and Trust Company of Virginia, 526 F 3d 142, 151 (4th Cir. 2008).

37.    Upon information and belief, it is averred that Defendant has a standard practice policy which contradicts it's duties pursuant to 15 USC 1861 s-2.

38.    It is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was intentional.

39.    In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on reckless indifference to the possibility that Plaintiff may well have been correct in disputing certain aspects of the account information contained on his credit report.

40.    In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on negligent indifference to the possibility that Plaintiff may well have been correct in disputing certain aspects of the account information contained on his credit report.

41.    In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on reckless indifference to Defendant(s) duties under 15 USC 1681 s-2.

42.    In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on negligent indifference to Defendant(s) duties under 15 USC 1681 s-2.

## PRIVATE CAUSE OF ACTION

43.    The previous paragraphs of this complaint are incorporated by reference.

44.    Plaintiff brings this action under 15 USC 1681 s-2(b), as distinguished from 15 USC 1681s-2(a).

45.    There is no private cause of action under 15 USC 1681s-2(a).  Only the government can bring a cause of action under 15 USC 11681 s-2(a).  For example, the Attorney General could bring a claim on behalf of consumers under 15 USC 1681s-2(a).

46.    But there is a private cause of action under 15 USC 1681s-2(b).  See the following case law which distinguishes between the government right of action under 15 USC 1681s-2(a), and the private cause of action under 15 USC 1681s-2(b).

Marshall v. Swift River Academy, LLC, 2009 WL 1112768 (9th Cir. 2009).
A consumer has no private right of action under FCRA against furnisher merely because the furnisher failed to provide accurate information to consumer reporting agencies.

<u>Beisel v. ABN Ambro Mortgage, Inc., No. 07-2219, 2007</u>
<u>WL2332494, *1 (E.D. Pa. Aug. 10, 2007).</u>
In order to prevail on a FCRA claim Plaintiff "must prove
[he] notified a credit reporting agency of the dispute, the
credit reporting agency then notified the furnisher of
information, and the furnisher of information failed to
investigate or rectify the disputed charge.").

<u>Catanzaro v. Experian Information Solutions, Inc., 671 F.</u>
<u>Supp.2d 256, 260 (D. Mass. 2009).</u>
Notification by a consumer reporting agency to the
furnisher is a prerequisite for furnisher liability under
FCRA.

<u>Kaetz v. Chase Manhattan Bank, 2007 WL 1343700, *3</u>
<u>(M.D. Pa. 2006).</u> The Court dismissed Plaintiff's
Complaint, but only because Plaintiff failed to allege that
he disputed the accuracy of the debt to a credit agency, or
that the credit agency thereafter reported dispute to
defendant.

47. Because Plaintiff first disputed the account(s) with Defendant(s), and then disputed

the account with the credit reporting agency afterwards, and then Defendant verified

the derogatory information to the Credit Reporting Agency without stating that the

account was in a "disputed" status, Plaintiff does have a private cause of action

against Defendant under these particular circumstances.

48. It is believed and averred that Defendant has standard business practices antithetical

to its duties under 15 USC 1681 s-2.

## LIABILITY

49.     The previous paragraphs of this complaint are incorporated by reference and made a part hereof .

50.     At all times various employees and / or agents of Defendant were acting as agents of Defendant, and therefore Defendant is liable to for the acts committed by its agents and / or employees under the doctrine of respondeat superior.

**51.**     At all times various employees and / or agents of Defendant were acting as agents of Defendant, and therefore Defendant is liable to Plaintiff for the acts committed by its agents and / or employees under the theory of joint and several liability because Defendant and its agents were engaged in a common business venture and were acting jointly and in concert.

## DAMAGES

52.    The preceding paragraphs are incorporated by reference and made a part hereof.

53.    Plaintiff's actual damages are $1.00 more or less, including but not limited to postage, phone calls, fax, gas, mileage, etc.

54.    $1,000.00 statutory damages under 15 USC 1681 et. seq.

55.    Plaintiff suffered some distress and anger as a result of his rights being violated by Plaintiff and the rights of other consumers.

56.    The value of Plaintiff's emotional distress shall be proven at trial.

57.    Plaintiff believes and avers that for purposes of a default judgment, his distress has a Dollar value of no less than $5,000.00.

58.    Plaintiff believes and avers that the acts committed by Defendant are willful, wanton intentional, or reckless at best.  Plaintiff believes and avers that Defendant's acts are systemic.  Therefore, punitive damages are warranted.

59.    Plaintiff believes and avers that punitive damages should be awarded to Plaintiff in the amount of no less than $20,000.

60.   Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney fees of

$1,925  at a rate of $350.00 per hour, described below.

| | |
|---|---|
| a.   Consultation with client and review of file. Drafting of disputes.  Organizing documents. | 2 hour |
| b.   Drafting of writ and related documents | .25 |
| c.   Drafting , editing, review and filing of compliant and amended complaint  related documents | 1 |
| d.   Service of Process | .25 |
| e.   Follow up correspondence with Defense | 2 |

| | | |
|---|---|---|
| | ———————— | Total |
| = 5.5 | $1,925 | |

**61.**   Plaintiff's attorney fees continue to accrue as the case moves forward.


### INJUNCTIVE RELIEF


62.   The previous paragraphs of this Complaint are incorporated by reference.


63.   Plaintiff requests an order from this honorable court directing Defendant to report

Plaintiff's account(s)(s) referred to in the attached exhibits as "disputed," in

accordance with 15 USC 1681 s-2, or not to report the account(s) at all.

## OTHER RELIEF

64.    The previous paragraphs of this Complaint are incorporated by reference.

65.    Plaintiff requests such other relief as this court may deem just and proper.

## JURY TRIAL

66.    Plaintiff requests and demands a jury trial in this matter.

Wherefore, Plaintiff demands judgment against Defendant(s) in the amount of   $27,926

enumerated as follows.

   $1.00 actual damages
   $1,000.00 statutory damages,
   $1,925 attorney fees
   $5,000 emotional distress
   $20,000 punitive damages
   _____

        $27,926

Wherefore, Plaintiff seeks declarative relief and in injunction requiring Defendant to comply

with 15 USC 1681 s-2. Plaintiff seeks such other relief as this Court deems fair and just.


_Vicki Piontek_                    7·22·2011

Vicki Piontek, Esquire                  Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax:  866-408-6735
palaw@justice.com

# EXHIBITS

**James E. Wright, Jr.**
**416 Tohickon Avenue**
**Quakertown, PA 18951**
**215-538-3676**

TNB-Visa
P.O. Box 673
Minneapolis, MN  55440

By Certified U.S. Mail

Re:          **DISPUTE**
     **James E. Wright, Jr. SSN: XXX-XX-**~~**XXX**~~
     **Account Number 4352371725228671**
     **Alleged Balance $4,556**

To Whom it May Concern:

    Your company has placed derogatory information on my credit report for the above referenced account.

    The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

    The amount stated on my credit report is excessive and inflated. I request proof of the contract justifying such charges. I also would like proof of the balance and a breakdown of all charges.

    I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

**THIS IS A DISPUTED ACCOUNT.   YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.**

                              Sincerely,

                              James E. Wright, Jr.          11-29-10
                                                             Date

                              EXHIBIT  A-1

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TNB-Visa
PO Box 673
Minneapolis, MN
55440

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

DEC 0 6 2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7010 1060 0000 4058 3674

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

EXHIBIT A-2



**TARGET**



*10G0H*

VGS-14-01-00001262

JAMES E WRIGHT
416 TOHICKON AVE
QUAKERTOWN PA  18951-1343

January 13, 2011

**Target Visa Credit Card Account History**

Dear James E Wright,

We reviewed our records for your Target Visa Credit Card and confirmed that the information we've sent the credit bureaus about your account is correct. If you disagree with this decision you can call us at (888) 755-5856. You can also get in touch with the bureaus directly for more information:

Trans Union Consumer Relations
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022-1373
(800) 888-4213

Experian
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013-0036
(888) 397-3742

Equifax Information Services
P.O. Box 740241
Atlanta, GA 30374-0241
(800) 685-1111

Innovis
Attn: Consumer Assistance
P.O. Box 1689
Pittsburgh, PA 15230-1689
(800) 540-2505

Thanks for getting in touch with us about the account. We hope you'll visit Target® soon.

Sincerely,
Target Financial Services

Target and Target Credit Card are registered trademarks of Target Brands, Inc., and Visa is a registered trademark of Visa. All rights reserved. Target Visa Credit Card is issued by Target National Bank pursuant to a license from Visa U.S.A. Inc. REDcard®: Target Credit Card and Target Visa Credit Card.

**NOTICE**

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, TX 77010-9050. The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law. Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex or marital status. The Washington State Human Rights Commission administers compliance with this law.

**Target National Bank**
3901 West 53rd Street, Sioux Falls, SD 57106-4216

RTNG02

Acct ID: 00030778671

EXHIBIT B

**James E. Wright, Jr.**
**416 Tohickon Avenue**
**Quakertown, PA 18951**
**215-538-3676**

Target National Bank
P.O. Box 673
Minneapolis, MN  55440

By Certified U.S. Mail

Re:      **DISPUTE AND REQUEST FOR INVESTIGATION**
          James E. Wright, Jr. SSN: ▮▮▮▮▮
          Account Number 435237172522
          Alleged Balance $4,556

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account.  The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

The amount stated on my credit report is excessive and inflated.  I request proof of the contract justifying such charges.  I also would like proof of the balance and a breakdown of all charges.

I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties.  I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

**THIS IS A DISPUTED ACCOUNT.   YOU MUST MARK THIS ACCOUNT AS DISPUTED ON MY CREDIT REPORT.**

Sincerely,

*James E. Wright, Jr.*          1-25-11
James E. Wright, Jr.          Date

EXHIBIT C-1


**UNITED STATES**
**POSTAL SERVICE®**

Home | Help |
Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0002 2743 5576**
Status: **Delivered**

Your item was delivered at 6:05 am on February 10, 2011 in
MINNEAPOLIS, MN 55440. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) ⑦    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT C-2

MAY-03-2011 02:22 PM   JAMES.WRIGHT                    215 538 6128                    P.01

# EQUIFAX

**CREDIT FILE : April 26, 2011**
**Confirmation # 1103047850**

Dear James E Wright:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

>>> **We have reviewed your concerns and our conclusions are:**

Once an acct has been opened, the acct may appear on the credit file for 7 or 10 years from the date of last activity.

*Credit Account Information* - *(for your security, the last 4 digits of account numbers have been replaced by* )
*This section indicates open and closed accounts reported by credit grantors.*

| Account History | | Status Code | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender. |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

*Target National Bank    c/o TARGET CREDIT SERVICES, Minneapolis MN 554404476*

>>> **We have researched the credit account. Account # - 436237172522** *The results are:* This creditor has verified to Equifax that the prior paying history is being reported correctly. This creditor has verified to Equifax that the current status is being reported correctly. The balance of this item has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact:

*Target National Bank, C/O Target Credit Services, Minneapolis MN 55440-9476*

| Account Number 436237172522* | Items As of Date Reported 04/2011 | Balance Amount $4,557 | Date Opened 02/2007 | High Credit $0 | Actual Pymnt Amount $100 | Credit Limit $3,800 | Scheduled Payment Amount $0 | Terms Duration | Terms Frequency | Date of 1st Delinquncy 09/2009 | Date of Last Activity 03/2010 | Date Maj. Del. 1st Rptd $4,557 | Months Revd 48 | Charge Off Amount $4,557 | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Status - Charge Off: Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Account Closed By Credit Grantor; Credit Card;

| Account History with Status Codes | Item As of Date Reported 04/2011 | Balance Amount $4,557 | Amount Past Due $4,557 | Date of Last Paymt 08/2009 | | 03/2010 |
|---|---|---|---|---|---|---|
| | | | | | L | L |

(Continued On Next Page)

Page 1 of 2

0006963955-1276
00.1276
James E Wright
416 Tohickon Ave
Quakertown, PA 18951-1343

P.O. Box 105518
Atlanta, GA 30348

1103047850APP-000963955-1276-6540-AS

EXHIBIT D



*** 236408935-005 ***
PO Box 2000
Chester, PA 19022



05/06/2011   **TransUnion.**

P1ICNH00200976-I003901-047546333

JAMES E. WRIGHT JR.
416 TOHICKON AV
QUAKERTOWN, PA 18951

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit
http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| PERSONAL INFORMATION | .. | NEW INFORMATION BELOW |
| | | DELETED |
| TNB-VISA | # 435237172522**** | NEW INFORMATION BELOW |
| | | NEW INFORMATION BELOW |
| | | NEW INFORMATION BELOW |
| | | NEW INFORMATION BELOW |
| | | NEW INFORMATION BELOW |



EXHIBIT E-1

P1ICNH-002 00976-I003901 01/04

| | | |
|---|---|---|
| File Number: | 236408935 | |
| Page: | 1 of 2 | |
| Date Issued: | 05/06/2011 | TransUnion. |

# Personal Information

**Name:** JAMES E. WRIGHT JR.

You have been on our files since 10/1986

**SSN:** XXX-XX-4036
**Date of Birth:** 09/1963
Your SSN is partially abbreviated for your protection.

## CURRENT ADDRESS

**Address:** 416 TOHICKON AV
QUAKERTOWN, PA 18951
**Date Reported:** 02/1999

## PREVIOUS ADDRESS

**Address:** 14 WILLIAM RD B
KINTNERSVILLE, PA 18930
**Date Reported:** 01/1999

## EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| **Employer Name:** | SELF EMPLOYED | **Position:** | OWNER |
| **Date Verified:** | 12/2008 | **Hired:** | |
| **Employer Name:** | CONTRACTOR | **Position:** | INDEPENDANT HOME |
| **Date Verified:** | 05/2008 | **Hired:** | 05/2006 |
| **Employer Name:** | CORRUGATED PAPER GRO | **Position:** | |
| **Date Reported:** | 11/2005 | **Hired:** | |
| **Employer Name:** | GEORGIA PACIFIC | **Position:** | |
| **Date Reported:** | 05/2005 | **Hired:** | |

**Special Notes:** If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

# Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | | | | |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

| | | |
|---|---|---|
| | **Balance:** | **Pay Status:** |
| | **Date Verified:** | **Account Type:** |
| | **High Balance:** | **Responsibility:** |
| **Loan Type:** CHARGE ACCOUNT | **Credit Limit:** | **Date Open:** |
| **Remarks:** ACCT CLOSED BY CREDIT GRANTOR | **Past Due:** | **Date Closed:** |
| Estimated date that this item will be removed: 08/2016 | | |




EXHIBIT E-2

Consumer Credit Report for JAMES E. WRIGHT JR.

File Number:      236408935
Page:             2 of 2
Date Issued:      05/06/2011

Balance:
Date Verified:
High Balance:
Collateral:
Credit Limit:

Pay Status:
Account Type:
Responsibility:
Date Open:
Date Closed:
Date Paid:

Loan Type: CREDIT CARD
Remarks: DISPUTE RESLVD-CUST DISAGREES
Estimated date that this item will be removed: 09/2016

Balance:
Date Verified:
High Balance:
Collateral:
Credit Limit:

Pay Status:
Account Type:
Responsibility:
Date Open:
Date Closed:
Date Paid:

Loan Type:
Remarks:
Estimated date that this item will be removed:

Balance:
Date Verified:
Original Amount:
Original Creditor:          VADA N A
Past Due:

Pay Status:
Account Type:
Responsibility:

**TNB-VISA #435237172522****
POB 673
MINNEAPOLIS, MN 55440-0673
(888) 755-5856

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed: 08/2016

Balance:        $4,557
Date Verified:  04/2011
High Balance:   $4,557
Credit Limit:   $3,800
Past Due:       >$4,557<

Pay Status:      >CHARGED OFF AS BAD DEBT<
Account Type:    REVOLVING ACCOUNT
Responsibility:  INDIVIDUAL ACCOUNT
Date Open:       02/2007
Date Closed:     03/2010

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com



EXHIBIT E-3

P 1ICNH-002 00976-(003904 04/04

**James Wright**
**416 Tohickon Avenue- Quakertown, PA 18951**
**267-373-9736**

Equifax Information Services
P.O. Box 740241
Atlanta, GA  30374

Re:       **DISPUTE AND REQUEST FOR INVESTIGATION**
          **James Wright** ▮▮▮▮▮▮
          **Target National Bank**
          **Account Number 435237172522**
          **Alleged High Balance $4,556**

To Whom it May Concern:

I wish to dispute the above referenced account. The balance is excessive and inflated and not warranted by any existing contract.

I request proof of the alleged debt, and a contract which proves the balance, fees, interest, etc.

Furthermore, I never signed a contract for this account. This account is not my account. I was listed as an authorized user on my wife's account. It is not mine. I never signed or agreed to anything.

Sincerely,

James Wright

5-5-11
Date

EXHIBIT F

**James Wright**
**416 Tohickon Avenue- Quakertown, PA 18951**
**267-373-9736**

Experian Information Services
P.O. Box 2002
Allen, TX  75013

Re:        **DISPUTE AND REQUEST FOR INVESTIGATION**
           **James Wright** ▓▓▓▓▓▓
           **Target National Bank**
           **Account Number 435237172522**
           **Alleged High Balance $4,556**

To Whom it May Concern:

I wish to dispute the above referenced account.  The balance is excessive and inflated and not warranted by any existing contract.

I request proof of the alleged debt, and a contract which proves the balance, fees, interest, etc.

Furthermore, I never signed a contract for this account.  This account is not my account.  I was listed as an authorized user on my wife's account.  It is not mine.  I never signed or agreed to anything.

Sincerely,

James Wright

5-5-11
Date

EXHIBIT   G

**James Wright**
**416 Tohickon Avenue- Quakertown, PA 18951**
**267-373-9736**

Trans Union Corporation
P.O. Box 1000
Chester, PA 19022

Re:     **DISPUTE AND REQUEST FOR INVESTIGATION**
        **James Wright** ▆▆▆▆▆▆▆
        **Target National Bank**
        **Account Number 435237172522**
        **Alleged High Balance $4,556**

To Whom it May Concern:

I wish to dispute the above referenced account. The balance is excessive and inflated and not warranted by any existing contract.

I request proof of the alleged debt, and a contract which proves the balance, fees, interest, etc.

Furthermore, I never signed a contract for this account. This account is not my account. I was listed as an authorized user on my wife's account. It is not mine. I never signed or agreed to anything.

Sincerely,

James Wright

5-5-11
Date

EXHIBIT H



**Experian™**

A world of insight

PO Box 9701
Allen, TX 75013



0002711 01 MB 0 387  ™AUTO   1 0 7167 18951-134316   -C01-P02713-I
JAMES E WRIGHT Jr
416 TOHICKON AVE
QUAKERTOWN PA  18951-1343

Prepared for: JAMES E WRIGHT Jr
Date: May 10, 2011
Report number: **1502-8933-04**

Page 1 of 4

**Dear JAMES E WRIGHT Jr,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

TARGET NATIONAL BANK
43523717252Z.........
PLEASE CONTACT CREDIT GRANTOR AT -8887555856-

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Federal Trade Commission (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

Sincerely,

Experian
NCAC
P.O. Box 2002
Allen TX 75013

0158888971

*EXHIBIT*

*I-1*



:: Experian
An ﾐﾐ company

Prepared for: **JAMES E WRIGHT Jr**
Date: May 10, 2011
Report number: **1502-8933-04**

Page 2 of 4

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Investigated** - This item was either updated or deleted; review this report to learn its outcome

### Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

**Credit items**

| | Outcome |
|---|---|
| TARGET NB | Updated |
| 4352371 72522...... | |

**Still pending**

Projected completion date

Visit experian.com/status to check the status of your pending disputes at any time

### Additional Information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.
Copies will not be accepted.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only **$7.95**. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0158888971

7167-01-00027-0001-0004292

EXHIBIT   I-2



**Prepared for:** JAMES E WRIGHT Jr
**Date:** May 10, 2011
**Report number:** 1502-8933-04

Page 3 of 4

# Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**TARGET NATIONAL BANK**
PO BOX 673
MINNEAPOLIS MN 55440
**Phone number**
(888) 755-5856
**Partial account number**
435237172522...........
**Address identification number**
0039164528

| | | |
|---|---|---|
| **Date opened** Feb 2007 | **Type** Credit card | **Credit limit or original amount** $3,800 | **Recent balance** $4,557 as of May 2011 |
| **First reported** Mar 2010 | **Terms** Not reported | | |
| **Date of status** Mar 2010 | **Monthly payment** Not reported | **High balance** $4,557 | **Recent payment** $100 |

**Responsibility** Individual
**Status** Account charged off. $4,557 written off. $4,557 past due as of May 2011.
This account is scheduled to continue on record until Jun 2016.

**Creditor's statement**
"Account closed at credit grantor's request."
This item was verified and updated on May 2011.

### Payment history legend
| | |
|---|---|
| OK | Current/Terms of agreement met |
| 30 | Account 30 days past due |
| 60 | Account 60 days past due |
| 90 | Account 90 days past due |
| 120 | Account 120 days past due |
| 150 | Account 150 days past due |
| 180 | Account 180 days past due |
| D | Defaulted on contract |
| CO | Charge off |
| CLS | Closed |
| ND | No data for this time period |
| VS | Voluntarily surrendered |
| R | Repossession |
| PBC | Paid by creditor |
| IC | Insurance claim |
| G | Claim filed with government |
| CRD | Creditor received deed |
| FS | Foreclosure proceedings started |
| F | Foreclosed |

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.

**Payment history**
| | AB = Account balance ($) | DPR = Date payment received | SPA = Scheduled payment amount ($) | AAP = Actual amount paid ($) | ND = No Data |

2011
| | Mar11 | Feb11 | Jan11 | Dec10 | Nov10 | Oct10 | Sep10 | Aug10 | Jul10 | Jun10 | May10 | Apr10 | Mar10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

2010
| | Feb10 | Jan10 | Dec09 | Nov09 | Oct09 | Sep09 | Aug09 | Jul09 | Jun09 | May09 |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 4,517 | 4,365 | 4,217 | 4,110 | 4,003 | 3,899 | 3,764 | 3,721 | 3,760 | 3,713 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between May 2009 and Mar 2011, your credit limit/high balance was $3,800.

7167-01-09-0002711-0002-0004291

0158889871

EXHIBIT   I 3

| | |
|---|---|
| **File Number:** | 237722490 |
| **Page:** | 1 of 1 |
| **Date Issued:** | 05/19/2011 |

**TransUnion.**

. Special Notes: If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | | | | |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

**TNB-VISA #435237171262****
POB 673
MINNEAPOLIS, MN 55440-0673
(888) 755-5856

**Loan Type:** CREDIT CARD
**Remarks:** ACCT CLOSED BY CREDIT GRANTOR
**Estimated date that this item will be removed:** 08/2016

| | |
|---|---|
| **Balance:** | $2,852 |
| **Date Verified:** | 05/2011 |
| **High Balance:** | $2,852 |
| **Credit Limit:** | $2,500 |
| **Past Due:** | >$2,852< |

| | |
|---|---|
| **Pay Status:** | >CHARGED OFF AS BAD DEBT< |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Open:** | 10/2005 |
| **Date Closed:** | 03/2010 |

- End of Investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

EXHIBIT J

\*\*\* 236408935-014 \*\*\*
PO Box 2000
Chester, PA 19022



06/09/2011   TransUnion.

P1JVFT00200814-I003253-053943372

JAMES E. WRIGHT JR.
416 TOHICKON AV
QUAKERTOWN, PA 18951

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| PERSONAL INFORMATION |  | NEW INFORMATION BELOW |
| TNB-VISA | # 435237172522\*\*\*\* | VERIFIED, NO CHANGE |



EXHIBIT K-1

P 1JVFT-002 00814-I003253 01/04

| | |
|---|---|
| File Number: | 236408935 |
| Page: | 1 of 2 |
| Date Issued: | 06/09/2011 |

TransUnion.

## Personal Information

**Name:** JAMES E. WRIGHT JR.

**SSN:** XXX-XX-4036
**Date of Birth:** 09/1963
Your SSN is partially abbreviated for your protection.

You have been on our files since 10/1986

## CURRENT ADDRESS

**Address:** 416 TOHICKON AV
QUAKERTOWN, PA 18951
**Date Reported:** 02/1999

## PREVIOUS ADDRESS

**Address:** 14 WILLIAM RD B
KINTNERSVILLE, PA 18930
**Date Reported:** 01/1999

## EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| **Employer Name:** | SELF EMPLOYED | **Position:** | OWNER |
| **Date Verified:** | 12/2008 | **Hired:** | |
| **Employer Name:** | CONTRACTOR | **Position:** | INDEPENDANT HOME |
| **Date Verified:** | 05/2008 | **Hired:** | 05/2006 |
| **Employer Name:** | CORRUGATED PAPER GRO | **Position:** | |
| **Date Reported:** | 11/2005 | **Hired:** | |
| **Employer Name:** | GEORGIA PACIFIC | **Position:** | |
| **Date Reported:** | 05/2005 | **Hired:** | |

**Special Notes:** If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | | | | |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### CAPITAL ONE BANK USA NA #517805262427****

PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 955-7070

**Loan Type:** CREDIT CARD
Estimated date that this item will be removed: 09/2016

| | |
|---|---|
| **Balance:** | $0 |
| **Date Verified:** | 04/2010 |
| **High Balance:** | $6,062 |
| **Collateral:** | SLDTO PORTFOLIO RECOVERIES ASSOCIATE |
| **Credit Limit:** | $5,000 |

| | |
|---|---|
| **Pay Status:** | ›PAYMENT AFTER CHARGE OFF/COLLECTION‹ |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Open:** | 01/2006 |
| **Date Closed:** | 11/2009 |

EXHIBIT K-2

**Consumer Credit Report for JAMES E. WRIGHT JR.**

File Number:   236408935
Page:   2 of 2
Date Issued:   06/09/2011





**TNB-VISA #435237172522****
POB 673
MINNEAPOLIS, MN 55440-0673
(888) 755-5856

Loan Type:** CREDIT CARD
**Remarks:** ACCT CLOSED BY CREDIT GRANTOR
**Estimated date that this item will be removed:** 08/2016

**Balance:** $4,557
**Date Verified:** 06/2011
**High Balance:** $4,556
**Credit Limit:** $3,800
**Past Due:** >$4,557<

**Pay Status:** >CHARGED OFF AS BAD DEBT<
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Open:** 02/2007
**Date Closed:** 03/2010







**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

EXHIBIT K-3

JUN-18-2011 04:15 PM   JAMES.WRIGHT                215 538 6128                P.01

# EQUIFAX

**CREDIT FILE : June 13, 2011**
**Confirmation # 1151004417**

Dear James E Wright:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact us at the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*(This section includes open and closed accounts reported by credit grantor)*

| Account History Status Code Descriptions | |
|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due |
| 3 : 90-119 Days Past Due | G : Collection Account |
| 4 : 120-149 Days Past Due | H : Foreclosure |
| | J : Voluntary Surrender |
| | K : Repossession |
| | L : Charge Off |

>>> **We have researched the credit account. Account # - 435237172522\* The results are:** Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Target National Bank, C/O Target Credit Services, Minneapolis MN 55440-9475.**

**Target National Bank: C/O TARGET CREDIT SERVICES Minneapolis MN 55440-9475**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | |
|---|---|---|---|---|---|---|---|
| 435237172522* | 02/2007 | $4,556 | $3,800 | | | | |
| Item As of Date Reported | Balance Amount | Date of Last Pymnt | Actual Pymnt Amount | Scheduled Pymnt Amount | Date of 1st Delinquency | Date of Last Activity | Months Revd |
| 06/2011 | $4,556 | 06/2009 | $0 | $0 | 09/2009 | 03/2010 | 48 |
| | | | | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |
| | | | | $0 | | $0 | |
| | | | | | | | Creditor Classification |
| | | | | | | | Date Closed |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Account Closed By Credit Grantor; Credit Card;

**Account History with Status Codes**
03/2010   L

( Continued On Next Page )

1151004417APP-000988181-706 - 3731 - AS

000988181-706
James E Wright
416 Tohickon Ave
Quakertown, PA 18951-1343

P.O. Box 105518
Atlanta, GA 30348

EXHIBIT L-1

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )

Page 2 of 2

1151004417APP-0009881 81- 706 - 3731 - AS

EXHIBIT L-2



::: Experian™

A world of insight

Prepared for: **JAMES E WRIGHT Jr**
Date: June 13, 2011
Report number: **1908-6342-84**

Page 1 of 6

PO Box 9701
Allen, TX 75013

**Dear JAMES E WRIGHT Jr,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

TARGET NATIONAL BANK
435237172522....
PLEASE CONTACT CREDIT GRANTOR AT -8887555856-

0008156 01 MB 0 387 **AUTO   5 0 7196 18951-134316   -C01-P08164-I
JAMES E WRIGHT Jr
416 TOHICKON AVE
QUAKERTOWN PA  18951-1343

0158888971

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting company's role in the dispute process is to investigate information to determine the accuracy and completeness of any disputed item by contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting company must offer to include a consumer statement on the personal credit report. The Federal Trade Commission (the government agency charged with enforcement of the FCRA) does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting companies act as mediators or negotiators in account disputes.

Sincerely,

Experian
NCAC
P.O. Box 2002
Allen TX 75013

P.01          215 538 6129          JUN-18-2011 04:19 PM   JAMES.WRIGHT

EXHIBIT W-1



Experian
A world of insight

Prepared for: **JAMES E WRIGHT Jr**
Date: **June 13, 2011**
Report number: **1908-6342-84**

Page 4 of 6

Your accounts that may be considered negative (continued)

▸ Between Jun 2009 and Apr 2010, your credit limit/high balance was $5,000

| | NO | NO | NO | NO | NO | NO | NO | ND | ND | NO | ND |

**TARGET NATIONAL BANK**
PO BOX 673
MINNEAPOLIS MN 55440
Phone number
(888) 755-8858
Partial account number
435237172522......
Address identification number
0039164528

| | Date opened | Type | Credit limit or | Recent balance | Responsibility |
| | Feb 2007 | Credit card | original amount | $4,557 as of Jun | Individual |
| | First reported | Terms | $3,800 | 2011 | Status |
| | Mar 2010 | Not reported | High balance | Recent payment | Account charged off. $4,557 written off. $4,557 past due as |
| | Date of status | Monthly | $4,557 | $100 | of Jun 2011. |
| | Mar 2010 | payment | | | This account is scheduled to continue on record until Jun |
| | | Not reported | | | 2016. |

Creditor's statement
"Account closed at credit grantor's request."
This item was verified and updated on Jun 2011.

**Payment history**

| 2011 | AB | = Account balance ($) | | | | | | | | | | |
| May11 | Mar11 | Feb11 | Jan11 | Dec10 | Nov10 | Oct10 | Sep10 | Aug10 | Jul10 | Jun10 | May10 | Apr10 | Mar10 | Feb10 | Jan10 | Dec09 | Nov09 | Oct09 | Sep09 | Aug09 | Jul09 | Jun09 |
| 4,557 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,556 | 4,517 | 4,385 | 4,217 | 4,110 | 4,003 | 3,899 | 3,764 | 3,721 | 3,760 |
| Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | Aug09 | | | | | | | | | | |
| 100 | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | NO | ND | ND | NO | ND | ND | ND | ND | NO |

**SPA** = Scheduled payment amount ($)

**AUB** = Actual amount paid ($)

| AB | = Account balance ($) |

| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actively paid and the dates those payments were made. ND: No Data.

▸ Between Jun 2009 and May 2011, your credit limit/high balance was $3,800.

015688971

EXHIBIT W-2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. WRIGHT, JR.                    :        CIVIL ACTION
                                        :
              V.                        :
                                        :
TARGET NATIONAL BANK;                   :        11-CV-04241
JOHN DOES 1-10; AND X, Y, Z             :
CORPORATIONS                            :

### Certificate of Service

On the 22nd day of July, 2011, I sent a true and correct copy of the attached amended complaint upon the following

parties at the following addresses.

Daniel D. Krebbs, Esquire
1845 Walnut Street
Philadelphia, P A 19103

FAEGRE & BENSON LLP
Brian Melendez, Esquire
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

                                   _Vicki Piontek_            7.22.2011
                                   Vicki Piontek, Esquire      Date
                                   Attorney for Plaintiffs
                                   951 Allentown Road
                                   Lansdale, PA  19446
                                   877-737-8617
                                   palaw@justice.com
                                   Fax: 866-408-6735